RICK D. ROSKELLEY, ESQ., Bar # 3192
AITHYNI K. RUCKER, ESQ., Bar # 10210
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
HSBC NORTH AMERICA HOLDINGS INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROYDENE BOUCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, HSBC NORTH AMERICA HOLDINGS, INC., HSBC NORTH AMERICA HOLDINGS, INC. EMPLOYEE DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No. 2:11-cv-00968-KJD-RJJ<br><br>**JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN/SCHEDULING ORDER AND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Defendant HSBC North America Holdings Inc.'s ("HSBC") and Plaintiff Roydene Bouck ("Plaintiff") file this Joint Motion to Extend the Deadline to file their Joint Discovery Plan/Scheduling Order and Plaintiff's Response to Defendant's Motion to Dismiss.

On June 14, 2011, Plaintiff, Roydene Bouck, a former employee of HSBC, filed a Complaint under ERISA §502(a)(1)(B) seeking disability income benefits allegedly owed her under policy of insurance. On January 4, 2012, HSBC filed its Motion to Dismiss Plaintiff's Complaint. Plaintiff's response to this Motion was originally due by January 21, 2012.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Plaintiff's counsel advised HSBC's counsel that HSBC was involved in the litigation as Plaintiff was unable to determine whether she was entitled to any collateral employee benefits from HSBC beyond disability benefits (i.e. health and/or life insurance, retirement etc.) in the event she is found disabled in this litigation pursuant to the Unum policy. (See Docket #18). As such, the parties stipulated to extend Plaintiff's response deadline to HSBC's Motion to Dismiss until February 10, 2012 to allow HSBC additional time to investigate whether Plaintiff would be entitled to any additional benefits should she be found disabled. The Court granted this extension on January 20, 2012. (See Docket #19).

Since the January 20, 2012 Order, the parties have conferred and HSBC has investigated the relevant issue, but needs additional time to determine whether Plaintiff is entitled to any additional benefits. As such, the parties agreed to extend Plaintiff's response to HSBC's Motion to Dismiss until February 24, 2012. (See Docket #23). The Court granted this extension on February 10, 2012 (See Docket # 24).

Under the Court's order, the parties are required to file their Joint Discovery Plan/Scheduling Order by February 18, 2012. February 18, 2012, being a Saturday, and Monday, February 20, 2012 being a federal holiday, the Parties' Joint Discovery Plan and Scheduling Order is due February 21, 2012.

The parties hereby notify the Court a mediation has been scheduled in this case for March 6, 2012. The parties are hopeful this case will be resolved at this mediation; thereby rendering the Joint Discovery Plan/Scheduling Order as well as Plaintiff's Response to Defendant's Motion to Dismiss moot.

Therefore, good cause exists to extend the deadline to file a Joint Discovery

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

Plan/Scheduling Order as well as Plaintiff's Response to March 13, 2012. Discovery will likely cause unnecessary expense to the parties at this time. If HSBC, Inc. does not provide, or is not liable to pay any additional collateral employee benefits, and the only benefits at issue are the disability from Unum, both HSBC Defendants may be dismissed without prejudice from this action.

In the interest of judicial economy and efficiency, the Parties respectfully request an extension of time to file their Joint Discovery Plan/Scheduling Order as well as Plaintiff's Response pending HSBC's investigation regarding any additional benefits and the March 6, 2012 mediation. This extension should provide the parties with enough time to resolve this case at mediation and/or provide HSBC adequate time to make a determination regarding any collateral benefits and prevent any unnecessary discovery expense. The Parties have conferred and consent to an extension of the deadline to file their Joint Discovery Plan/Scheduling Order and Plaintiff's Response to Defendant's Motion to Dismiss.

Therefore, with good cause appearing and in the interest of judicial economy, the undersigned parties jointly move to enter an order extending the deadline in which to file the Joint Discovery Plan/Scheduling Order and Plaintiff's Response until March 13, 2012.

RESPECTFULLY SUBMITTED this 21st day of February, 2012.

/s/Aithyni K. Rucker, Esq.  
Aithyni K. Rucker, Esq.  
Attorney for Defendant

/s/ Scott E. Davis, Esq.  
Scott E. Davis, Esq.  
Attorney for Plaintiff

**IT IS SO ORDERED.**

_____  
UNITED STATES MAGISTRATE JUDGE  
DATED: February 22, 2012

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800